UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND, and
THE CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

          Plaintiffs,

   -v-

INNISS CONSTRUCTION, INC. and HUDSON
INSURANCE COMPANY,

          Defendants.
------------------------------------------------------------------X

20-cv-6894 (LJL)

**DEFAULT JUDGMENT**

LEWIS J. LIMAN, United States District Judge:

    Plaintiffs' motion for a default judgment against Defendant Inniss Construction, Inc., pursuant to Fed. R. Civ. P. 55(b)(2), is hereby GRANTED. Dkt. No. 23. A default judgment is entered against Defendant Inniss Construction, Inc., and the matter is referred to Magistrate Judge Katharine H. Parker for an inquest into damages.

    SO ORDERED.

Dated: January 20, 2021
       New York, New York

                                    LEWIS J. LIMAN
                                    United States District Judge