UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/2/2021___

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                   Plaintiffs,

        -v-

INNISS CONSTRUCTION, INC., et al,

                   Defendants.

------------------------------------------------------------------X

20-cv-6894 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On May 13, 2021, Magistrate Judge Katharine H. Parker issued a Report and
Recommendation recommending that the Court grant a default judgment against Defendant
Inniss Construction, Inc. ("Inniss") and enter judgment against Inniss in favor of Plaintiffs in the
amount of $20,962.37. Dkt. No. 35. Magistrate Judge Parker advised the parties that Inniss and
Plaintiffs will have seventeen (17) days and fourteen (14) days, respectively, from service of the
Report and Recommendation to file written objections.

Plaintiffs have not filed proof of service that would allow this Court to determine whether
the time period for objections by Inniss has passed. Plaintiffs are hereby ORDERED to file
proof of service of the Report and Recommendation on Inniss.

SO ORDERED.

Dated: June 2, 2021
     New York, New York

_____
LEWIS J. LIMAN
United States District Judge