UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
               :
TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,   :
WELFARE FUND, ANNUITY FUND,              :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :   20-cv-6894 (LJL)
EDUCATIONAL AND INDUSTRY FUND, et al.,   :
               :   ORDER ADOPTING
          Plaintiffs,      :   REPORT AND
               :   RECOMMENDATION
    -v-           :
               :
INNISS CONSTRUCTION, INC., et al,        :
               :
          Defendants.   :
               :
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2021

LEWIS J. LIMAN, United States District Judge:

      On May 13, 2021, Magistrate Judge Katharine H. Parker issued a Report and Recommendation recommending that the Court grant a default judgment against Defendant Inniss Construction, Inc. ("Inniss") and enter judgment against Inniss in favor of Plaintiffs in the amount of $20,962.37. Dkt. No. 35. Magistrate Judge Parker advised the parties that Inniss and Plaintiffs would have seventeen (17) days and fourteen (14) days, respectively, from service of the Report and Recommendation to file written objections. Plaintiffs served Inniss on June 3, 2021. Dkt. No. 37. No objections have been filed by either party.

      In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin*

*v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety and GRANTS Plaintiffs' default judgment and corresponding damages against Inniss.

The Clerk of Court is respectfully directed to enter judgment against Inniss and in favor of Plaintiffs in the amount of $20,962.37 and to close the case.

SO ORDERED.

Dated: June 22, 2021
      New York, New York

                                        LEWIS J. LIMAN
                                    United States District Judge