**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                              Plaintiffs,

                -against-

INNISS CONSTRUCTION, INC., et al.,

                              Defendants.
-------------------------------------------------------------X

20 CIVIL 6894 (LJL)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 22, 2021, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none. The Report and Recommendation is ADOPTED in its entirety and Plaintiffs' default judgment and corresponding damages against Inniss is GRANTED. Judgment is entered against Inniss and in favor of Plaintiffs in the amount of $20,962.37; accordingly, the case is closed.

**Dated:** New York, New York
          June 22, 2021

                                                                    **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                    **BY:**   *K. Mango*
                                                                      **Deputy Clerk**